1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  ANTHONY LA'WAYNE                )    Case No. CV 08-5009-RSWL  (OP)
    ROBINSON,                       )
12                                  )    ORDER ADOPTING FINDINGS,
                  Petitioner,       )    CONCLUSIONS, AND
13                                  )    RECOMMENDATIONS OF
              vs.                   )    UNITED STATES MAGISTRATE
14                                  )    JUDGE
    MIKE EVANS, Warden,        )
15                                  )
                                    )
16               Respondent.        )
    _____)
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records
18  and files herein, the Report and Recommendation of the United States Magistrate
19  Judge, and the objections filed by Petitioner, and the Final Report and
20  Recommendation, de novo.   The Court concurs with and adopts the findings,
21  conclusions, and recommendations of the Magistrate Judge,
22  / / /
23  / / /
24  / / /
25
26
27
28

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2   Final Report and Recommendation; (2) granting Respondent's Motion to Dismiss; and

3   (3) directing that Judgment be entered denying the Petition as untimely and dismissing

4   this action with prejudice.

5

6

7   DATED: September 9, 2010                    RONALD S.W. LEW
                                        _____
8                                        HONORABLE RONALD S. W. LEW
                                         Senior United States District Judge
9

10  Prepared by:

11

12  _____

13  HONORABLE OSWALD PARADA
    United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28